OPINION — AG — **** STATE BOARD OF PUBLIC ACCOUNTANCY — NEW BOARD MEMBERS APPOINTMENT **** TITLE 59 O.S. 1968 Supp., 15.2 [59-15.2], REQUIRES THE APPOINTMENT OF THE OKLAHOMA STATE BOARD OF PUBLIC ACCOUNTANCY AND THE MEMBERS OF THE FORMER OKLAHOMA STATE OF CERTIFIED PUBLIC ACCOUNTANCY APPOINTED PURSUANT TO O.S.L. 1965, CHAPTER 188, SECTION 2, SHALL SERVE AS THE BOARD MEMBERS UNDER 59 O.S. 1968 Supp., 15.2 [59-15.2], PENDING THE APPOINTMENT OF THE NEW BOARD AS PROVIDED IN SAID ACT PENN LERBLANCE